IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON HERRERA,

    Plaintiff,

  v.

United States of America,

    Defendant.

No. C 06-02301 WHA

**ORDER DENYING REQUEST FOR EXTENSION OF TRIAL DATE WITHOUT PREJUDICE**

    This order finds no cause to extend the trial date, currently set for June 18, 2007, at this juncture. The parties may, however, seek an extension closer to the time of trial if the conflict with defense counsel's schedule remains.

**IT IS SO ORDERED.**

Dated: August 22, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE