Robert S. Arns, State Bar No. 65071
Morgan C. Smith, State Bar No. 168146
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California  94105
Phone: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HERRERA and MARIA HERRERA, | ) |
| | ) No. CV 06-02301 JCS |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) JOINT STIPULATION AND ORDER |
| UNITED STATES OF AMERICA and DOES | ) ALLOWING EXTENSION OF TIME |
| 1 to 100, inclusive | ) IN WHICH TO PERFORM |
| | ) MEDIATION |
| Defendants. | ) |
| | ) |
| | ) |

---

-1-
STIPULATION AND ORDER ALLOWING EXTENSION OF TIME IN WHICH TO
PERFORM MEDIATION

THE PARTIES TO THIS ACTION have agreed to the following issues regarding the mediation of this case. The parties originally both stipulated to court ordered mediation, and such mediation was ordered by the court with the appointment of Matthew B. Pavone. However, following the CMC in this matter, both parties expressed a desire to utilize private mediation and agreed upon the use of Jerry Spolter at JAMS and picked a date of November 8, 2006 for this mediation.

On August 31, 2006 the parties had a conference call with Matthew B. Pavone, and decided that it would be useful to have his services _prior_ to the private mediation that is currently scheduled. Therefore, the parties to this action do hereby stipulate and request this court order as follows.

1.) That the time to conduct mediation in this matter be continued until November 30, 2006.

2.) That the parties will mediate with Matthew B. Pavone by October 31, 2006

STIPULATION AND ORDER ALLOWING EXTENSION OF TIME IN WHICH TO PERFORM MEDIATION

3.)  That if such mediation with Matthew B. Pavone is not successful, the parties will attend private mediation with Jerry Spolter on or about November 8, 2006, but no later than November 30, 2006.

4.)  The parties further agree that the representative from the United States Postal Service ("USPS") may appear telephonically for the mediation with Mr. Pavone, but will appear in person for any further mediation with Jerry Spolter.

IT IS SO STIPULATED

DATED:                          THE ARNS LAW FIRM


By:_____/S/_____
        MORGAN C. SMITH
        Attorneys for Plaintiff

DATED:                          THE ARNS LAW FIRM


By:_____/s/_____
        ANDREW Y.S. CHENG
        Attorneys for Defendant
        UNITED STATES OF AMERICA

IT IS SO ORDERED

DATED:   September 5, 2006

By:_____
        WILLIAM H. ALSUP
        U.S. DISTRICT JUDGE

-3-
STIPULATION AND ORDER ALLOWING EXTENSION OF TIME IN WHICH TO PERFORM MEDIATION