IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HERRERA and MARIA HERRERA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 to 100, inclusive<br><br>Defendants.<br>_____/ | No. C 06-02301 WHA<br><br>**ORDER DENYING JOINT STIPULATION TO EXTEND TIME TO DISCLOSE EXPERTS** |

Good cause not shown, parties' joint stipulation to extend time to disclose experts is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 1, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE