SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6813
    Facsimile:  (415) 436-6748

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON HERRERA and MARIA HERRERA,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 06-2301 WHA<br><br>**SETTLEMENT AGREEMENT AND [PROPOSED] ORDER APPROVING SETTLEMENT** |

**SETTLEMENT AGREEMENT**

    Plaintiffs Jason and Maria Herrera ("Plaintiffs") and defendant United States of America hereby enter into this Settlement Agreement (the "Agreement"), as follows:

    1.    The parties hereby agree to settle and compromise *Jason Herrera and Maria Herrera v. United States of America*, United States District Court for the Northern District of California Case Number C 06-2301 WHA (the "Lawsuit"), under the terms and conditions set forth herein.

    2.    The United States of America agrees to pay plaintiffs the sum of One Million Dollars ($1,000,000.00) (the "Settlement Amount") in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same

subject matter that gave rise to the Lawsuit, including any claims for wrongful death, loss of consortium, for which plaintiffs or their heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agencies, agents, servants, or employees.

3. Plaintiffs and their heirs, executors, administrators, and assigns hereby agree to accept the Settlement Amount in full settlement and satisfaction of any and all claims, demands, rights, or causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America, its agencies, agents, servants, or employees on account of the same subject matter that gave rise to the Lawsuit, including any future claim for wrongful death. Plaintiffs and their heirs, executors, administrators, and assigns further agree to reimburse, indemnify, and hold harmless the United States of America, its agencies, agents, servants, and employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiffs or their heirs, executors, administrators, or assigns against any third party or against the United States of America, including claims for wrongful death.

4. This Agreement shall not constitute an admission of liability or fault on the part of the United States of America, its agencies, agents, servants, or employees, and is entered into by and between the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. This Agreement may be pled as a full and complete defense to any subsequent action or other proceeding involving any person or party which arises out of the claims released and discharged by this Agreement.

6. The Settlement Amount represents the entire amount of the compromise settlement. The parties will each bear their own costs, attorneys' fees, and expenses, and any attorneys' fees or liens owed by plaintiffs will be paid out of the Settlement Amount and not in addition thereto.

//
//

SETTLEMENT AGREEMENT AND PROPOSED ORDER APPROVING SETTLEMENT,
C06-2301 WHA

7. It is also understood by plaintiffs that, pursuant to Title 28, Section 2678 of the United States Code, attorneys' fees for services rendered in connection with this Lawsuit shall not exceed 25 percent of the Settlement Amount.

8. Payment of the Settlement Amount will be made by a check drawn on the United States Postal Service and will be made payable to "Jason Herrera and Maria Herrera and their attorneys Morgan Smith and the Arns Law Firm."

9. In consideration of payment of the Settlement Amount and this Agreement, plaintiffs agree that upon notification that the settlement check is ready for delivery, she will deliver to defense counsel a fully executed Stipulation for Dismissal with Prejudice of the Lawsuit. Upon delivery of the Stipulation for Dismissal with Prejudice, defense counsel will release the settlement check to plaintiffs' counsel.

10. Plaintiffs have been informed that payment of the Settlement Amount may take ninety days or more to process, but defendant agrees to make good faith efforts to expeditiously process the payment.

11. The parties agree that should any dispute arise with respect to the implementation of the terms of this Agreement, plaintiff shall not seek to rescind the Agreement and pursue her original causes of action. Plaintiffs' sole remedy in such a dispute is an action to enforce the settlement in the United States District Court. The parties agree that the United States District Court will retain jurisdiction over this matter for purposes of resolving any dispute alleging a breach of this Agreement.

12. In consideration of payment of the Settlement Amount and this Agreement, plaintiffs hereby release and forever discharge the United States of America and any and all of its past and present officials, employees, agencies, agents, attorneys, successors, and assigns from any and all obligations, damages, liabilities, actions, causes of action, claims, and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the allegations set forth in the pleadings in the Lawsuit.

13. California Civil Code Section provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

SETTLEMENT AGREEMENT AND PROPOSED ORDER APPROVING SETTLEMENT,
C06-2301 WHA

| | |
|---|---|
| 1 | Plaintiffs, having been apprised of such language by her attorney, and fully understanding the |
| 2 | same, nevertheless waive the benefits of any and all rights she may have pursuant to Section |
| 3 | 1542 and any similar provisions of federal law. Plaintiffs understand that, if the facts concerning |
| 4 | her injuries and the liability of the defendant for damages pertaining thereto are found hereinafter |
| 5 | to be other than or different from the facts now believed to be true, this Agreement shall be and |
| 6 | remain effective notwithstanding such difference. |
| 7 | 14.  The United States Postal Service has purchased the worker's compensation lien |
| 8 | from the State Compensation Insurance Fund in this case, and plaintiffs will not be responsible |
| 9 | for paying this lien. |
| 10 | 15.  This instrument shall constitute the entire agreement between the parties, and it is |
| 11 | expressly understood and agreed that this Agreement has been freely and voluntarily entered into |
| 12 | by the parties with the advice of counsel, who have explained the legal effect of this Agreement. |
| 13 | The parties further acknowledge that no warranties or representations have been made on any |
| 14 | subject other than as set forth in this Agreement. This Agreement may not be altered, modified, |
| 15 | amended, or otherwise changed in any respect except by writing, duly executed by all parties and |
| 16 | their authorized representatives. |

Dated: 03/14/07

/s/ Jason Herrera
JASON HERRERA
Plaintiff

Dated: 03/14/07

/s/ Maria Herrera
MARIA HERRERA
Plaintiff

Dated: 3/19/07

THE ARNS LAW FIRM

/s/ Morgan Smith
MORGAN SMITH
Attorneys for Plaintiff

///
///
///

SETTLEMENT AGREEMENT AND PROPOSED ORDER APPROVING SETTLEMENT,
C06-2301 WHA

| | | |
|---|---|---|
| 1 | Dated: 3/23/07 | SCOTT N. SCHOOLS<br>United States Attorney |
| 2 | | |
| 3 | | /s/ Andrew Y.S. Cheng |
| 4 | | ANDREW Y.S. CHENG<br>Assistant United States Attorney<br>Attorneys for Defendant |
| 5 | | |

[PROPOSED] ORDER

THE ABOVE SETTLEMENT AGREEMENT IS APPROVED, AND IT IS SO ORDERED.

Dated: March 28, 2007

HON. WILLIAM ALSUP
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

SETTLEMENT AGREEMENT AND PROPOSED ORDER APPROVING SETTLEMENT,
C06-2301 WHA