```
SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:       andrew.cheng@usdoj.gov

Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON HERRERA and MARIA HERRERA,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 06-2301 WHA<br>**E-FILING CASE**<br><br>**STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER** |

This Court approved the settlement in this case on March 28, 2007. The settlement check has been received by plaintiffs. The parties stipulate that the case should be dismissed with prejudice and that the parties will bear their own costs.

```
                                        Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

Dated: April 27, 2007
                                        ____/s/_____
                                        ANDREW Y.S. CHENG
                                        Assistant United States Attorney


Dated: April 27, 2007
                                        ____/s/_____
                                        MORGAN SMITH
                                        Attorney for Plaintiff
```

## ORDER

The Court, having been informed that the settlement check has been received by plaintiffs, hereby dismisses this action with prejudice. The parties will bear their own costs.

**IT IS SO ORDERED.**

Dated: April 30, 2007.

_____
WILLIAM H. ALSUP
United States District Judge

STIPULATION AND ORDER OF DISMISSAL,
C 06-2301 WHA

2